In the Matter of the Transfer Tax upon the Estate of WILLIAM R. HARRIS, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant and Respondent; FLORENCE M. HARRIS et al., as Executors, et al., Respondents and Appellants.

*Matter of Harris (Estate)*, 178 App. Div. 928, affirmed.

(Argued November 14, 1917; decided December 4, 1917.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1917, which affirmed an order of the Westchester County Surrogate's Court assessing a transfer tax upon the estate of William R. Harris, deceased.

The comptroller of the state of New York appealed from so much of the report of the appraiser and the orders of the surrogate of Westchester county as omitted from the property upon which the transfer tax was assessed New York state highway bonds in the sum of $204,000, which the executors claimed constituted a gift from the testator to his sons, Basil Harris and Gordon Harris. The executors and the beneficiaries individually appealed from the determination of the value of the remainder after the life estate left therein, on account of the method employed by the superintendent of insurance in determining such remainder.

*Francis A. Winslow* for state comptroller, appellant and respondent.

*Frederick P. King,* for executors et al., respondents and appellants.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.